MRS. A. B. NEAL v. THE STATE.

No. 9800.  Delivered October 14, 1925.

Forgery—Appeal Dismissed.

Upon the written request of the appellant, duly verified, the appeal is dismissed.

Appeal from the Criminal District Court of Tarrant county. Tried below before the Hon. Geo. E. Hosey, Judge.

Appeal from a conviction of forgery; penalty, two years in the State penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for forgery; punishment fixed at confinement in the penitentiary for a period of two years.

Upon the written request of the appellant, duly verified, the appeal is dismissed.

*Dismissed.*